# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| KEVIN BRUCE JOHNSON,<br><br>Plaintiff - Appellant,<br>v.<br><br>CAL A. TURHUNE, Director of CDC; et al.,<br><br>Defendants - Appellees. | No. 05-15673<br>D.C. No. CV-99-02566-GEB JFM<br><br>**ORDER** |

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith  [ ]

Explanation: _____

_____

_____

**FILED**

JUN 10 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

/s/ Judge
United States District Court

Date: 6-3-05